**FILED**
United States Court of Appeals
Tenth Circuit

**April 2, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

GLEN FOLSOM,

    Petitioner - Appellant,

v.

OKLAHOMA DEPARTMENT OF
CORRECTIONS and FNU FALLEN,

    Respondents - Appellees.

No. 19-6001
(D.C. No. 5:18-CV-00905-G)
(W.D. Okla.)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Before **BACHARACH**, **McKAY**, and **O'BRIEN**, Circuit Judges.

Glen Folsom wants to appeal from the denial of his 28 U.S.C. § 2241 habeas petition. He is well familiar with the historical and procedural facts; we will not repeat them. He is also well familiar with the clear and cogent recommendation of the magistrate judge, who appropriately summarized his petition as follows: "[O]ver the course of three and a half pages, Petitioner complains (almost incoherently) about prison conditions, medical care, legal property, disciplinary convictions in general, criminal convictions, and past federal and state civil cases." (R. at 49.) His litigation tactics did not change either in pleas to the district judge or his papers here. He makes no reasonable effort to demonstrate how error may have been committed in the district court. His cavalier approach entitles him to no more than a summary order from this Court.

Because no jurist of reason could reasonably debate the correctness of the result reached by the district court, we **DENY** Folsom's request for a COA and **DISMISS** this matter. His request to proceed on appeal without prepayment of fees is **DENIED.**

**Entered by the Court:**

**Terrence L. O'Brien**
United States Circuit Judge